Christian **JOUBERT**, Personal Representative of the Maria Joubert Estate Acting pro se and individually, Plaintiff—Appellant,

v.

**BROWN WILLIAMSON TOBACCO CORP.; et al., Defendants.**

No. 10–35713.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Jan. 12, 2012.

Christian Joubert, Bellingham, WA, pro se.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Christian Joubert appeals pro se from the district court's order dismissing his action alleging state law claims arising from the death of his mother. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal for lack of subject matter jurisdiction. *Shanks v. Dressel,* 540 F.3d 1082, 1086 (9th Cir.2008). We review for an abuse of discretion the district court's dismissal without leave to amend. *Gordon v. City of Oakland,* 627 F.3d 1092, 1094 (9th Cir.2010). We affirm.

The district court properly dismissed Joubert's action for lack of subject matter jurisdiction because Joubert alleged neither a federal question nor complete diversity between the parties. *See* 28 U.S.C. §§ 1333–1332.

The district court did not abuse its discretion by dismissing Joubert's action without leave to amend after concluding that amendment would be futile. *See Simon v. Hartford Life and Accident Ins. Co.,* 546 F.3d 661, 664 (9th Cir.2008) ("[C]ourts have routinely adhered to the general rule prohibiting pro se plaintiffs from pursuing claims on behalf of others in a representative capacity.")

Joubert's remaining contentions are unpersuasive.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.